IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEYTON McNAMARA,
    Plaintiff,

vs.                                      Case No.: 3:18cv442/LAC/EMT

ESCAMBIA COUNTY JAIL, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated April 11, 2018, Plaintiff was given thirty (30) days in which to file a complete motion to proceed in forma pauperis or pay the filing fee (ECF No. 3). Plaintiff failed to file a completed motion to proceed in forma pauperis or pay the filing fee by the deadline; therefore, on May 22, 2018, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 6). Although the original order was returned by the Escambia County Jail in Pensacola, Florida (Plaintiff's address of record when he filed his complaint) as undeliverable due to his release (*see* ECF No. 4), the court re-sent a copy of the order

to Plaintiff at his forwarding address on April 18, 2018 (*see* ECF No. 4). That mailing was also returned as undeliverable (*see* ECF No. 5). The show cause order was also returned from the forwarding address (*see* ECF No. 7). As of the date of this Report and Recommendation, Plaintiff has not paid the filing fee or IFP motion, or explained his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to keep the court apprised of his current address or whereabouts.

At Pensacola, Florida, this 18th day of June 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.