IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEYTON McNAMARA,
    Plaintiff,

vs.                               Case No.: 3:18cv442/LAC/EMT

ESCAMBIA COUNTY JAIL, et al.,
    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 18, 2018 (ECF No. 8). Attempts have been made to offer Plaintiff a copy of the Report and Recommendation and an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). All mail has been returned as undeliverable.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to

comply with an order of the court and failure to keep the court apprised of his current address or whereabouts.

**DONE AND ORDERED** this 19th day of July, 2018.

       *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:18cv4427/LAC/EMT